# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JORGE GARRIGO,**

                      **Plaintiff,**

**v.**                                       **Case No:   6:13-cv-1032-Orl-22DAB**

**AMERICAN K-9 DETECTION
SERVICES, LLC,**

                      **Defendant.**

---

## ORDER

This cause is before the Court on the Joint Motion for Approval of the Settlement and Dismissal of Claims with Prejudice (Doc. No. 43) filed on March 13, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed March 18, 2014 (Doc. No. 44), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Joint Motion for Approval of the Settlement and Dismissal of Claims with Prejudice is hereby GRANTED.   The settlement is accepted as a fair and reasonable resolution of a bona fide dispute over FLSA issues.

3.      This case is DISMISSED WITH PREJUDICE.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on April 2, 2014.


ANNE C. CONWAY
United States District Judge


Copies furnished to:

Counsel of Record
Unrepresented Parties